AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ14-5035-01
)
Sellin Style Automotive )
251 Old Blyn Highway )
Sequim, Washington 98382 )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___WESTERN___ District of ___WASHINGTON___
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT "A", LIST OF PROPERTIES TO BE SEARCHED

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT "C", LIST OF PROPERTY TO BE SEIZED

YOU ARE COMMANDED to execute this warrant on or before ___February 28, 2014___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___(any Magistrate Judge)___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___2/14/2014 @ 4:45pm___    ___[signature]___
    *Judge's signature*

City and state:   ___TACOMA, WASHINGTON___    ___KAREN L. STROMBOM, US MAGISTRATE JUDGE___
    *Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name of any person(s) seized: |
|---|
| |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Places to be Searched

**LOCATION #1  (Sellin Style Automotive)**

Sellin Style Automotive, 251 Old Blyn Highway, Sequim, Washington 98382.

There are two parcels associated with this address according to Clallam County records (03-29-12-24-0050 and 03-29-12-24-0070). Both parcels have a connection to Patrick Richardson, who is the owner of the property. (Photos attached).

The main structure is a grey one-story building, with four white bay/garage doors and an office located on the east end of the structure. On top of the roof are raised letters that read "SS AUTO SALES." Above the porch covering to the office door, it reads "SELLIN STYLE." An additional roofed building is located west of the four bay doors, with an attached carport between them.

Located behind the main buildings are a trailer and other outbuildings. Numerous vehicles are located all over the property. All of these additional minor structures, and vehicles, may be searched. All such vehicles may be towed and searched off this property (such as at a police impound lot).


**LOCATION #2  (Rented commercial space; possible residence of Tim Smith and Kelsey Davis)**

3242 Highway 101 E., Unit C#3, Port Angeles, Washington 98362.

This same location was used by SMITH in 2009 & 2010, but at that time it was called 101 Elwha Road. Elwha Road is located on the south side of the building. The top floor of the building faces Elwha and has an address of 103 Elwha, and is used as an MMA gym. The place to be searched faces Highway 101 and is located at the northwest lower corner of the building. A "3" is located to the left of the man door and "Unit C" is written in bold letters above a bay door that is to the left of the man door. Because it faces Highway 101, this address is more appropriate. (Photos attached).


**LOCATION #3  (Residence of Ann O'Neil and Sally Stanfield)**

2310 E. Pioneer Road, Port Angeles, Washington 98362.

White house with red trim located at the corner of E. Pioneer Road and N. Baker Street. The residence is single-story on the east side, with a two-story recent addition on the west side. There is a white 5th wheel trailer parked adjacent to the southwest corner of the residence, with a wooden deck on its west side. There is an approximate 4 foot high chain link fence on the north, west, and south sides, and part of the east side of the residence. (Photo attached).

**LOCATION #4 (Residence of Tammy Coburn)**

235515 Highway 101, Port Angeles, Washington 98363.

Located north off Highway 101, a short distance east of Granny's Café.

Single-story home, brown colored roof, white siding with green trim around the windows, and small front porch with overhang leading to the front door. The driveway to this residence is shared by other residences nearby, but there is a large swinging metal gate across the dirt driveway at the entrance to the property. (Photo attached)

**LOCATION #5 (Safe Deposit Box)**

Safe Deposit Box #705, First Federal Bank, 1603 E. First Street, Port Angeles, Washington 98362. Leased to Ann O'Neil and Sally Stanfield.

**LOCATION #6 (Safe Deposit Box)**

Safe Deposit Box #1101, Union Bank, 1212 E. First Street, Port Angeles, Washington 98362. Leased to Timothy P. Smith.

**VEHICLES, wherever found:**

- a. 1996 white Mitsubishi Eclipse with VIN# 4A3AX55F2TE362281;
- b. 1997 dark blue Acura Integra with VIN#JH4DC4357VS018223;
- c. 1997 black Ford Mustang with VIN#1FALP45X4VF165288;
- d. 2000 black BMW model 323 with VIN#WBAAM3340YKC72198;
- e. 1994 blue Dodge Ram pickup with VIN#1B7KF26C8RS535020; and
- f. 1998 green and grey Toyota 4x4 pickup truck with VIN#4TAWM72NXWZ034155.

Sellin Style Auto located at 251 Old Blyn Highway, Sequim, WA



Sellin Style Automotive, 251 Old Blyn Highway, Sequim, WA







3242 Highway 101 E., Unit C#3, Port Angeles, WA



Tammy Coburn's residence located at 235515 Highway 101, Port Angeles, Washington



Ann O'Neil's residence at 2310 Pioneer Road, Port Angeles, WA



**Attachment C**

**Items to be Searched for and Seized**

This warrant authorizes the government to search for the following items:

Evidence and/or fruits of the commission of the following crimes: distribution, and possession with intent to distribute, of controlled substances and conspiracy to do the same, in violation of 21 U.S.C. 841 and 846; and use of communication facilities to commit, facilitate, or further an act or acts which constitute a felony, in violation of 21 U.S.C. Section 843(b), including, but not limited to the following materials:

1. Controlled Substances: Including but not limited to methamphetamine.

2. Drug Paraphernalia: Items to be used to store and distribute controlled substances, such as plastic bags, cutting agents, scales, measuring equipment, and similar items.

3. Drug Transaction Records: Documents such as ledgers, receipts, notes, travel records, and similar items relating to the acquisition, transportation and distribution of controlled substances, however stored, including in digital devices.

4. Customer and Supplier Information: Items identifying drug customers and suppliers, such as telephone records, personal address books, correspondence, diaries, calendars, notes with phone numbers and names, "pay/owe sheets" with drug amounts and prices, and similar items, however stored, including in digital devices such as cell phones.

5. Cash and Financial Records: Currency and financial records that show income from drug trafficking or money laundering, including bank records, checks and checkbooks, safe deposit box records and keys, credit cards records, bills, receipts (including but not limited to receipts from wire transfers and bank deposits/withdrawals) tax returns, vehicle documents, and similar items; and other records that show income, expenditures, and net worth, including receipts for personal property, negotiable instruments, bank drafts, cashier's checks, money counters, and similar items.

6. Photographs: Photographs, videos (digital or tapes), digital cameras, and similar items, including any embedded geocode or location information, depicting friends and relatives of the property occupants or suspected buyers or sellers of controlled substances, controlled substances, and assets derived from the distribution of controlled substances.

7. Property Records: Deeds, contracts, escrow documents, mortgage documents, rental documents, and other evidence relating to the purchase, ownership, rental or control of the premises, and similar records of other property owned or rented.

8. Storage locker keys or paperwork.

9. Firearms: Firearms, magazines, ammunition and body armor.

10. Codes: Evidence of codes used in the distribution of controlled substances including, but not limited to passwords, code books, cipher or decryption keys and similar information.

11. Personal property: Evidence of wealth such as jewelry, shoes, clothing, precious metals, stocks, bonds, currency and coinage, and registration information, ownership documents, other evidence of ownership of property, including but not limited to vehicles, vessels, boats, airplanes, jet skis, all terrain vehicles, RV's, and other personal property, receipts for personal property, evidence of international or domestic travel, and other evidence of unexplained wealth.

12. Other documents: Correspondence, papers, records, and any other items showing dominion and control, and demonstrating employment or lack of employment.

13. Tools: Tools that may be used to open hidden compartments in vehicles, paint bonding agents, magnets, or other items that may be used to open/close said compartments.

14. Cell Phones: Cellular telephones and other communications devices, including Blackberries, Androids, iPhones, and similar devices may be seized. Such communications devices may be searched only for the following items:
    o Assigned telephone number and identifying serial number (e.g., ESN, MIN, IMSI, IMEI);
    o Stored list of recent received, sent or missed calls;
    o Stored contact information;
    o Stored photographs of narcotics, currency, guns or other weapons, suspected criminal activity, proceeds of drug trafficking or money laundering, and/or the user of the phone or co-conspirators, including any embedded GPS data associated with those photographs; and
    o Stored text messages.

15. Computers: Computers, monitors, hard drives, memory sticks, and similar storage devices, found at Location 1 (on Attachment A). Such devices will be seized and held without further searching pending application for a follow-on search warrant.